IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| CARL DAVID JONES, (TDCJ No. 01517939) | § § § § | |
| Plaintiff, V. | § § § | CIVIL ACTION NO. 1:16-CV-144-BL |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, *et al.*, | § § § § | |
| Defendants | § | |

## FINAL JUDGMENT[1]

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that all Plaintiff Carl David Jones's claims in this case against any defendant are **DISMISSED without prejudice**. All costs of court are taxed against the party who incurred them.

SIGNED June 8, 2018.

E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff Carl David Jones filed a consent to proceed before the United States Magistrate Judge (doc. 8), such that this magistrate judge can resolve this case under 28 U.S.C. § 636(c).